**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTHA GONZALEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIESTA INSURANCE FRANCHISE CORPORATION,<br><br>Defendant. | Case No.: 2:26-cv-02162-APG-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Under LR IA 6-1 and LR 7-1, Defendant Fiesta Insurance Franchise Corporation d/b/a Fiesta Insurance ("Fiesta") and Plaintiff Martha Gonzalez ("Plaintiff" and, together with Defendant, the "Parties"), by and through their undersigned attorneys, submit the following Stipulation to Extend Time to File Responsive Pleading to the Complaint. In support of the Stipulation, the parties state the following:

1. Plaintiff filed this action on July 17, 2026. *See* [ECF 1].

2. Defendant was served with the Complaint on July 22, 2026. *See* [ECF 6].

3. A Motion to Consolidate and Appoint Interim Co-Lead Class Counsel ("Motion to Consolidate") was filed on July 23, 2026 to consolidate the following cases:

a) *Leticia Garcia, individually and on behalf of all others similarly situated v. Fiesta Ins. Franchise Corp. d/b/a Fiesta Ins.*, No. 2:26-cv-02161 (D. Nev. July 16, 2026);

b) *Martha Gonzalez, on behalf of herself and all others similarly situated v. Fiesta Ins. Franchise Corp.*, No. 2:26-cv-02162 (D. Nev. July 17, 2026);

c) *Michelle McQuinn, individually and on behalf of all others similarly situated v. Fiesta Ins. Franchise Corp. d/b/a Fiesta Ins.*, No. 2:26-cv-02176 (D. Nev. July 17, 2026);

d) *Stephanie Cordero, individually and on behalf of all other similarly situated individuals v. Fiesta Ins. Franchise Corp. d/b/a Fiesta Ins.*, No. 2:26-cv-02209 (D. Nev. July 21, 2026); and

e) *Sergio Hernandez, individually and on behalf of all others similarly situated v. Fiesta Ins. Franchise Corp. d/b/a Fiesta Ins. and Tax Services,* No. 2:26-cv-02218 (D. Nev. July 31, 2026).

4. The allegations in each case of the related cases are premised on the same data security incident and against the same defendant.

5. Due to the separate filing and service dates of each of the complaints, Defendant's deadlines to respond to the complaints vary.

6. The parties in the related cases are conferring and anticipate that they will file a consolidated complaint to which Defendant will respond if the Motion to Consolidate is granted.

7. The Parties agree that it would be inefficient for Defendant to respond to each complaint separately prior to an order on consolidation.

8. To conserve the Parties' resources and for efficiency, the Parties agree to extend Defendant's time to respond to the complaint until **forty-five (45) days after plaintiffs have filed a consolidated complaint**.

9. The Parties respectfully request that the Court approve the terms of this Stipulation to extend the time to answer, move against, or otherwise respond to the Complaint to forty-five (45) days after Plaintiff has filed a consolidated complaint.

10. This is the first stipulation for an extension of Defendant's time to file a responsive pleading.

11. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO ORDERED**

Dated: August 13, 2026

/ / /

/ / /

/ / /

Nancy J. Koppe

United States Magistrate Judge

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /